UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 4:24-CR-0100-3 |
| ANDREI ZATSIRKA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Application for Leave of Absence has been requested by Thomas A. Withers for the period January 22, 2026, through and including January 25, 2026, and February 11-12, 2026, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Withers is provided Leave of Court on January 22, 2026, through and including January 25, 2026, and February 11-12, 2026.

**SO ORDERED,** this the __3rd__ day of December, 2025.

_Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA