UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,   )
      )
v.      )     INDICTMENT NUMBER:
      )     4:24-CR-0100-3
ANDREI ZATSIRKA,     )
      )
    Defendant.     )

## ORDER

Application for Leave of Absence has been requested by Thomas A. Withers for the period of April 20, 2026 through and including May 1, 2026, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.**   Mr. Withers is provided Leave of Court on April 20, 2026 through and including May 1, 2026.

**SO ORDERED,** this the   13th   day of   February  , 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA